Filing # 114141366 E-Filed 09/29/2020 04:06:12 PM

IN THE CIRCUIT COURT, NINETH
JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

CASE NO.:
DIVISION:

LAURA HUGGINS
an individual,

      Plaintiff,

vs.

TARGET CORPORATION,
a Foreign Profit Corporation,

      Defendant.
_____/

## COMPLAINT

Plaintiff, LAURA HUGGINS ("Plaintiff"), sues the Defendant, TARGET CORPORATION ("Defendant") and alleges:

1. This is an action for damages in excess of $30,000.00, exclusive of costs.

2. On July 14, 2019, Defendant owned, operated, and/or maintained the premises located 2155 Town Center Boulevard, Orlando, Florida.

3. At all times material, Plaintiff was an invitee at Defendant's premises.

4. At all times material, there was a foreign substance on the floor of one of Defendant's aisles on Defendant's property.

5. At all times material, the foreign substance represented an unreasonably dangerous condition.

6. At all times material, as Plaintiff was walking down the above-mentioned aisle, the above-mentioned foreign substance caused Plaintiff to slip and fall to the ground.

**Exhibit 1**

7. The unreasonably dangerous condition was known to exist by Defendant, and/or had existed for a sufficient length of time such that Defendant should have known of its existence.

8. At all times material, Defendant owed Plaintiff, and all others similarly situated, a duty of care to maintain its premises in a reasonably safe condition, and to warn of dangerous conditions that it knew or should have known existed on the property.

9. Defendant breached their duty to Plaintiff by failing to maintain its premises in a reasonably safe condition and by failing to warn of the dangerous condition that it knew or should have known existed on the premises.

10. As a result of Defendant's negligence, Plaintiff suffered permanent physical injury and resulting pain and suffering, disability, scarring, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are permanent and continuing in nature and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, LAURA HUGGINS demands judgment for damages against Defendant, TARGET CORPORATION, and demands a jury trial.

Dated on this 29th of September, 2020.

THE LAW OFFICE OF NOONEY & ROBERTS

_____
Lisa M. Nommensen, Esq.
Florida Bar No.: 124203
**Kristopher M. Nowicki, Esq.**
Florida Bar No. 89175
1680 Emerson Street
Jacksonville, FL 32207
Phone: (904) 398-1992
Fax: (904) 858-9943
LNommensen@nooneyandroberts.com
Knowicki@nooneyandroberts.com
Attorneys for the Plaintiff

## DESIGNATION OF EMAIL ADDRESSES PURSUANT TO RULE 2.516

Pursuant to Fla.R.Jud.Admin.2.516 (effective September 1, 2012), attorney for Plaintiff designates the following email addresses for the purpose of service of all documents in the proceeding required by the Rule.

Primary email address: LNommensen@nooneyandroberts.com
Secondary email addresses: KNowicki@nooneyandroberts.com
kmnparalegal@nooneyandroberts.com
Swright@nooneyandroberts.com

THE LAW OFFICE OF NOONEY & ROBERTS

_/s/ Lisa M. Nommensen_

Lisa M. Nommensen, Esq.
Florida Bar No.: 124203
**Kristopher M. Nowicki, Esq.**
Florida Bar No. 89175
1680 Emerson Street
Jacksonville, FL 32207
Phone: (904) 398-1992
Fax: (904) 858-9943
LNommensen@nooneyandroberts.com
Knowicki@nooneyandroberts.com
Attorneys for the Plaintiff